# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDRICK LACOSTE, AND
KENNETH LACOSTE

VERSUS

STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS LOUISIANA STATE
PRISON

NO. 2024 CW 1111

**FEBRUARY 10, 2025**

---

In Re:    State of Louisiana, through the Department of Public
          Safety & Corrections, Sgt. Benjamin Barnes, Cadet
          Quatangelia Anderson, Lt. Tammy McDonald, and Sgt. Twyla
          Ware, applying for supervisory writs, 20th Judicial
          District Court, Parish of West Feliciana, No. 23344.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT GRANTED WITH ORDER.** The district court's October 28, 2024 judgment that denied the motion for summary judgment filed by defendants, State of Louisiana, through the Department of Public Safety & Corrections, Sgt. Benjamin Barnes, Cadet Quatangelia Anderson, Lt. Tammy McDonald, and Sgt. Twyla Ware, is vacated. Defendants raised objections to the evidence submitted by the plaintiffs; however, the district court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court "shall specifically state on the record or in writing whether the court sustains or overrules the objections raised." This matter is remanded to the district court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on the motion for summary judgment filed by the defendants after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(D)(2).

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.